```
SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com
```

Attorneys for Plaintiff,
ANGEL GARCIA

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANGEL GARCIA,<br><br>    Plaintiff,<br><br>vs.<br><br>FISHING SYNDICATE, INC.; 200 S. BEACH, LLC; and DOES 1 to 10,<br><br>    Defendants. | Case No.: 8:25-cv-00960-JDE<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff ANGEL GARCIA ("Plaintiff") and Defendant FISHING SYNDICATE, INC. and 200 S. BEACH, LLC stipulate and jointly request that this Court dismiss the above-captioned action, with prejudice, in its entirety. Each party shall bear his/her/its own costs and attorneys' fees.

\\
\\
\\
\\
\\
\\
\\

Respectfully submitted,

DATED: August 20, 2025  SO. CAL. EQUAL ACCESS GROUP

By:  /s/  Jason J. Kim
Jason J. Kim
Attorneys for Plaintiff

DATED: August 20, 2025  Hill, Farrer & Burrill LLP

By:  /s/ Michael K. Collins
Michael K. Collins, Esq.
Attorneys for Defendants
FISHING SYNDICATE, INC. and 200 S. BEACH, LLC

### Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: August 20, 2025  By: /s/ Jason J. Kim
Jason J. Kim